

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00309-CV

BARBARA DILLARD, Appellant

§ On Appeal from

§ County Court at Law No. 1

V.

§ of Tarrant County (2018-002074-1)

§ October 10, 2019

NORTH HILLS MANOR, Appellee

Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach